Lauren E. Padama (State Bar No. 329017)
lpadama@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. CRAWFORD SR., | Case No. 2:21-cv-116 |
| Plaintiff, | [Removed from Los Angeles Superior Court, Case No. 20STCV45908] |
| v. | **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441** |
| EXPERIAN INFORMATION SOLUTIONS, INC., CHARTER COMMUNICATIONS, INC., AUTO RETAIL GROUP, INC., NOHEMI ANORVE ALMUSLEH, an individual, VEROS CREDIT, INC., EQUIFAX, INC., TRANSUNION, LLC, and DOES 1-20 inclusive, | **[FEDERAL QUESTION JURISDICTION]** |
| Defendants. | |

Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Experian Information Solutions, Inc. ("Experian") hereby files a Notice of Removal for the above-captioned action to this Court:

In further support of this Notice of Removal, Experian states:

1.     Experian is a named Defendant in Civil Action No. 20STCV45908 filed by Plaintiff Donald L. Crawford Sr. ("Plaintiff") in the Superior Court of California, County of Los Angeles, (the "State Court Action").

2.     The Complaint in the State Court Action was filed with the Clerk of

the District Court for the State of California, County of Los Angeles on December 2, 2020.  Defendant Experian was served with the Complaint on December 7, 2020.

3.      This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiffs' initial pleading setting forth the claims for relief upon which Plaintiff's action is based.  *See* 28 U.S.C. § 1446(b).

4.      The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.

5.      This Court is the proper district court for removal because the State Court Action is pending within this district.

6.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, record of electronic filings with the Court, and orders in the State Court Action are attached hereto as **Exhibit A**.  To the best of Experian's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

7.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8.      The claims for relief alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

9.      Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff's attorney of record in the State Court

NOTICE OF REMOVAL OF ACTION
Case No. _ 2:21-cv-116 _____

1    Action, and shall file a copy of this Notice with the clerk of the Court in the State

2    Court Action, as required by 28 U.S.C. § 1446(d).

3          10.    By filing this Notice of Removal, Experian does not waive any defense

4    to the Complaint, including but not limited to lack of service, improper service, or

5    lack of personal jurisdiction.

6          WHEREFORE, Experian notices the removal of this case to the United

7    States District Court for the District of California pursuant to 28 U.S.C. §1441

8    *et seq.*

9

10   Dated:  January 6, 2021                    JONES DAY

11

12                                              By: */s/ Lauren E. Padama*
                                                    Lauren E. Padama
13
                                                Attorneys for Defendant
14                                              EXPERIAN INFORMATION
                                                SOLUTIONS, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION
Case No. _ 2:21-cv-116 _____