| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Erica Hendricks (SBN 699347) |
|   | ehendricks@seyfarth.com |
| 3 | 2029 Century Park East, Suite 3500 |
|   | Los Angeles, California 90067-3021 |
| 4 | Telephone:  (310) 277-7200 |
| 5 | Facsimile:   (310) 201-5219 |
|   | Attorneys for Defendant Equifax Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. CRAWFORD SR., | Case No. 2:21-cv-00116-DSF-JPR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INC.** |
| EXPERIAN INFORMATION SOLUTIONS, INC., CHARTER COMMUNICATIONS, INC., AUTO RETAIL GROUP, INC., NOHEMI ANORVE ALMUSLEH, an individual, VEROS CREDIT, INC., EQUIFAX, INC., TRANSUNION, LLC; and DOES 1-20 inclusive, | |
| Defendants. | |

COMES NOW, Defendant Equifax Inc. ("Equifax") and hereby notifies the Court that the Plaintiff Donald L. Crawford, Sr., and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax.  Plaintiff's claims as to the remaining Defendants remain before the Court.  Equifax requests that the Court vacate all pending deadlines in this matter as

to Equifax.  Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement

DATED: February 12, 2021                          Respectfully submitted,

*/s/ Donald L. Crawford, Sr. (signed with express permission)*
Donald L. Crawford, Sr.
702 N. Teakwood Avenue
Rialto, California 92376
Pro Se Plaintiff

*/s/ Erica Hendricks*
Erica Hendricks
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219
ehendricks@seyfarth.com
Counsel for Defendant Equifax, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on February 12, 2021, I filed the foregoing NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INC. with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record, and served the foregoing pleading via e-mail and U.S. Mail upon Pro Se Plaintiff as follows:

    Donald L. Crawford, Sr.
    702 N. Teakwood Avenue
    Rialto, California 92376
    Pro Se Plaintiff

                                      */s/ Erica Hendricks*
                                      Erica Hendricks
                                      Counsel for Defendant Equifax, Inc.

DEFENDANT EQUIFAX INC.'S CONSENT TO REMOVAL

68181439v.1