DONALD L. CRAWFORD SR.
702 N. Teakwood Avenue
Rialto, CA. 92376
(909) 333-9024
Plaintff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Donald L. Crawford Sr. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-cv-00116-DSF-JPR |
| v. | |
| Experian Information Solutions, Inc., Charter Communications, Inc., Auto Retail Group, Inc., Nohemi Anorve Almusleh, an individual, Veros Credit, Inc. et al | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) Veros Credit, Inc., Auto Retail Group, Inc., Nohemi Anorve Almusleh, an individual
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Donald L. Crawford Sr.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 25, 2021
*Date*

[Signature]
*Signature of Attorney/Party*

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

DONALD L. CRAWFORD SR.
702 N. Teakwood Avenue
Rialto, CA. 92376
(909) 333-9024
Plaintff in Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Donald L. Crawford Sr. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-cv-00116-DSF-JPR |
| v. | |
| Experian Information Solutions, Inc., Charter Communications, Inc., Auto Retail Group, Inc., Nohemi Anorve Almusleh, an individual, Veros Credit, Inc. et al | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) Veros Credit, Inc., Auto Retail Group, Inc., Nohemi Anorve Almusleh, an individual
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by Donald L. Crawford Sr.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 25, 2021                                     [signature: Donald L. Crawford]
Date                                                              Signature of Attorney/Party

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*