| | |
|---|---|
| 1 | Lauren E. Dutkiewicz (State Bar No. 329017) |
|   | ldutkiewicz@jonesday.com |
| 2 | JONES DAY |
|   | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, CA  92612 |
|   | Telephone: (949) 851-3939 |
| 4 | Facsimile:  (949) 553-7539 |
| 5 | Attorneys for Defendant |
|   | EXPERIAN INFORMATION SOLUTIONS, |
| 6 | INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. CRAWFORD, SR., | Case No. 2:21-cv-00116-DSF-JPR |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC., CHARTER COMMUNICATIONS, INC., AUTO RETAIL GROUP INC., NOHEMI ANORVE ALMUSLEH, VEROS CREDIT, INC., EQUIFAX, INC., TRANSUNION, LLC, and DOES 1-20 inclusive, | Complaint filed:  December 2, 2020 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DONALD L. CRAWFORD, SR., pro se ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed <u>with prejudice</u> pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his or its own attorneys' fees and costs incurred herein.

| | | |
|---|---|---|
| 1 | Dated:  March 30, 2021 | By: */s/ Donald L. Crawford, Sr.* |
| 2 | | Donald L. Crawford, Sr. |
| | | 702 N. Teakwood-Avenue |
| 3 | | Rialto, CA. 92376 |
| | | (909) 333-9024 |
| 4 | | Plaintiff PRO SE |
| 5 | | |
| 6 | Dated:  March 30, 2021 | JONES DAY |
| 7 | | |
| 8 | | By: */s/ Lauren E. Dutkiewicz* |
| | | Lauren E. Dutkiewicz |
| 9 | | Attorneys for Defendant |
| 10 | | EXPERIAN INFORMATION SOLUTIONS, INC. |

## ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), the filer, Lauren E. Dutkiewicz, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 30, 2021     By: */s/ Lauren E. Dutkiewicz*
                              Lauren E. Dutkiewicz

                          Attorneys for Defendant
                          EXPERIAN INFORMATION
                          SOLUTIONS, INC.