ERIC SUITS (SBN 232762)
SEYFARTH SHAW LLP
400 CAPITOL MALL, SUITE 2350
SACRAMENTO, CA 95814-4428
Tel: (916) 448-0159
Fax: (916) 558-4839
Email: esuits@seyfarth.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. CRAWFORD, SR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., CHARTER COMMUNICATIONS, INC., AUTO RETAIL GROUP, INC., NOHEMI ANORVE ALMUSLEH, an individual, VEROS CREDIT, INC., EQUIFAX, INC., TRANSUNION, LLC; and DOES 1-20 inclusive, <br><br> Defendants. | Case No. 2:21-cv-00116-DSF-JPR <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED, by and between *Pro Se* Plaintiff, Donald L. Crawford, Sr., and Defendant, Equifax Information Services LLC, erroneously named as Equifax, Inc., ("Equifax"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned action and all claims asserted by Plaintiff against Defendant Equifax therein are hereby voluntarily dismissed with prejudice in their entirety against Defendant Equifax. The Parties shall each bear their own attorneys' fees

1 | and costs.

2 |     IT IS SO STIPULATED.

4 | Dated: November 17, 2021

*/s/ Donald L. Crawford, Sr.*
Donald L. Crawford, Sr.
702 N. Teakwood Ave
Rialto, CA 92376
Tel: (562) 443-0929
Email: donaldcrawfordsr@yahoo.com

*Pro Se* Plaintiff
Signed with express permission

Dated: November 17, 2021

*/s/ Eric Suits*
ERIC SUITS
(SBN 232762)
SEYFARTH SHAW LLP
400 CAPITOL MALL, SUITE 2350
SACRAMENTO, CA 95814-4428
Tel: (916) 448-0159
Fax: (916) 558-4839
Email: esuits@seyfarth.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC, erroneously named as Equifax, Inc.