UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. CRAWFORD, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., CHARTER COMMUNICATIONS, INC., AUTO RETAIL GROUP, INC., NOHEMI ANORVE ALMUSLEH, an individual, VEROS CREDIT, INC., EQUIFAX, INC., TRANSUNION, LLC; and DOES 1-20 inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00116-DSF-JPR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

    Pursuant to stipulation, IT IS HEREBY ORDERED that as to Defendant Equifax Information Services LLC, erroneously named as Equifax, Inc., ("Equifax"), the above captioned action and all claims asserted therein are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Parties shall each bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: December 13, 2021

                                                                                             _/s/ Dale S. Fischer_
                                                                     Honorable Dale S. Fischer
                                                                     United States District Judge